# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 19-1577 (DEA) |
| SAMUEL SCHWINGER | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Michelle S. Gasparian, Assistant United States Attorney), and defendant Samuel Schwinger (by Benjamin West, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through March 2, 2023 to permit defense counsel and the government the reasonable time necessary to enter a guilty plea pursuant to the signed plea agreement between the defendant and the government thereby rendering grand jury proceedings and trial unnecessary; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and ten prior continuances having been previously entered; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

  (1) The defendant and the government have entered into a plea agreement which would any grand jury proceedings and any subsequent trial of this matter unnecessary;

  (2) The defendant and the government seek additional time to enter a guilty plea pursuant to the executed plea agreement;

  (3) The defendant has consented to the aforementioned continuance;

  (4) The grant of a continuance will likely conserve judicial resources; and

  (5) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

  WHEREFORE, it is on this <u>28th</u> day of <u>December</u>, 2022;

  ORDERED that this action be, and it hereby is, continued from the date this Order is signed through March 2, 2023; and it is further

ORDERED that the period from the date this Order is signed through March 2, 2023 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry consented to:

*Michelle S. Gasparian*
_____
Michelle S. Gasparian
Assistant United States Attorney

*Eric A. Boden*
_____
Eric A. Boden
Attorney-In-Charge, Trenton

*s/ Benjamin West*
_____
Benjamin West, Esq.
Counsel for Defendant, Samuel Schwinger